# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2021 KW 1105

VERSUS

ORLANDO LUNDIE                                         **DECEMBER 20, 2021**

---

In Re:     Orlando Lundie, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           596,042.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the application for postconviction relief, the bill of information, the habitual offender bill of information, the October 15, 2019 transcript of the guilty plea proceeding, the October 30, 2019 transcript of the habitual offender adjudication, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before February 16, 2022. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                         **PMc**
                         **JEW**
                         **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT